IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02082-WYD-MEH

PURZEL VIDEO GMBH,

    Plaintiff,

v.

DOES 1-21,

    Defendants.

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 8, 2013 (ECF No. 16), it is

ORDERED that John Doe Nos. 1-21 are **DISMISSED WITHOUT PREJUDICE**, and this case is terminated.

Dated:  November 12, 2013

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel,
                          Senior United States District Judge